September 29, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE INTEREST OF R.S.T., A CHILD

NO. 14-15-00925-CV

_____

This cause, an appeal from the judgment in favor of appellee, Patrick Bedford, signed August 10, 2015, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, the Office of the Attorney General of Texas, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.